UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REBECCA A. JONES, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:12CV1633 JAR |
| CAROLYN COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles, filed June 21, 2013 (ECF No. 21).  Pursuant to 28 U.S.C. § 636, the Court referred this matter to Magistrate Judge Buckles.  In his report, Magistrate Judge Buckles recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice.  Plaintiff was granted until July 5, 2014, to file any objections to the recommendation, but to date has filed no objections.

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [21] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.  A separate Judgment will accompany this Order.

Dated this 8th day of July, 2013.

                                                                                    _____
                                                                                   JOHN A. ROSS
                                                                                   UNITED STATES DISTRICT JUDGE